**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

JALLAH S.,

            Petitioner,

v.

KRISTJEN NIELSEN, et al,

           Respondents.

Civil No. 19-254 (JRT/KMM)

**ORDER ON REPORT AND RECOMMENDATION**

---

Jallah S., address unknown, *pro se* petitioner.

David Fuller, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 4, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition [ECF No. 1] is **DENIED AS MOOT** and this action is **DISMISSED WITHOUT PREJUDICE.**

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020  
at Minneapolis, Minnesota

           s/John R. Tunheim  
           JOHN R. TUNHEIM  
           Chief Judge  
           United States District Court